# Exhibit 2

Method Claim: 5

| US12300366B2 | Home Assistant App ("The accused instrumentality") |
|---|---|
| 5. A method for managing information captured by a camera located at a user premises, the method comprising: | The accused instrumentality practices a method for managing information (e.g., video recordings, etc.) captured by a camera (e.g., an IP camera, etc.) located at a user premises (e.g., user's driveway, backyard, etc.)<br><br>As shown below, the accused instrumentality allows users to add an IP camera, etc. using generic camera integration.  The camera can be installed at a user's premises such as driveway, backyard, etc. It captures video through motion detection and continuous monitoring. Further, the accused instrumentality allows users to manage the captured recordings through the home assistant app by using features such as edit configuration, download, etc. |



https://www.home-assistant.io/



### Works with over 1000 brands

Home Assistant integrates with over a thousand different devices and services.

Once started, Home Assistant will automatically scan your network for known devices and allow you to easily set them up.

**EXPLORE INTEGRATIONS**

https://www.home-assistant.io/



### Powerful automations

Once you have integrated all your devices at home, you can unleash Home Assistant's advanced automation engine to make your home work for you.

- Turn on the light when the sun sets or when coming home
- Alert you when you leave your garage door open.



### Versatile dashboards

Home Assistant dashboards allow you to display information about your smart home. Dashboards are customizable and provide a powerful way to manage your home from your mobile or desktop.

- Easily create and customize your dashboards with drag-and-drop.
- Different card types to visualize your data



### Companion Mobile Apps

Use the official Home Assistant apps, a convenient companion to quickly control your devices and be notified when things happen in your home, even on your wrist using the Apple Watch.

https://www.home-assistant.io/



### Home Energy Management

Home Assistant allows you to get on top of your energy use with its home energy management feature. Gain new insights, optimize your solar panel production, plan energy usage and save money.



### Home Assistant Cast

Take over all the screens. Home Assistant Cast makes every TV a display for dashboards.

**LEARN MORE**



https://play.google.com/store/apps/details?id=io.homeassistant.companion.android

 **Home Assistant**

About this app



The Home Assistant Companion app allows you to access your Home Assistant instance on the go. Home Assistant is the smart home solution focused on privacy, choice, and sustainability. It runs locally in your home via a device like the Home Assistant Green or Raspberry Pi.

This app connects to all the most powerful features of Home Assistant,
- One app to control the whole home - Home Assistant is compatible with the biggest brands in the smart home, connecting to thousands of smart devices and services.
- Discover automatically and quickly configure new devices - such as Philips Hue, Google Cast, Sonos, IKEA Tradfri and Apple Homekit compatible devices.
- Automate everything - Make all the devices in your home work in harmony - have your lights dim when you start watching a movie, or turn off your heat when you're away from home.
- Keep your home's data in the home - use it privately to see past trends and averages.

https://play.google.com/store/apps/details?id=io.homeassistant.companion.android

# Generic Camera

The **Generic Camera** integration allows you to integrate any IP camera or other URL into Home Assistant. Templates can be used to generate the URLs on the fly.

Home Assistant will serve the images via its server, making it possible to view your IP cameras while outside of your network. The endpoint is `/api/camera_proxy/camera.[name]`.

https://www.home-assistant.io/integrations/generic/

## Configuration

To add the **Generic Camera** device to your Home Assistant instance, use this My button:



> 👆 **Manual configuration steps**
>
> If the above My button doesn't work, you can also perform the following steps manually:
>
> - Browse to your Home Assistant instance.
> - Go to ⚙ **Settings > Devices & services**.
> - In the bottom right corner, select the **+ Add Integration** button.
> - From the list, select **Generic Camera**.
> - Follow the instructions on screen to complete the setup.

https://www.home-assistant.io/integrations/generic/



https://community.home-assistant.io/t/how-to-camera-privacy-mode-on-dashboard/442058



https://www.youtube.com/watch?v=sCnM1I3GiZQ



https://www.youtube.com/watch?v=sCnM1I3GiZQ

# Downloader

The **Downloader** integration provides an action to download files. It will raise an error and not continue to set itself up when the download directory does not exist. The directory needs to be writable for the user who is running Home Assistant.

## Configuration

To add the **Downloader** service to your Home Assistant instance, use this My button:

ADD INTEGRATION TO  MY

https://www.home-assistant.io/integrations/downloader/

| | |
|---|---|
| storing a trigger setting for a camera device at the user premises, wherein the trigger setting is for detecting, | The accused instrumentality practices storing a trigger setting (e.g., recording rules including motion detection settings, alarm activation settings, etc.) for a camera device (e.g., an IP camera, etc. ) at the user premises (e.g., user's driveway, backyard, etc.), wherein the trigger setting (e.g., recording rules including motion detection settings, alarm activation settings, etc.) is for detecting (e.g., detecting a motion, presence, etc.), via the camera device (e.g., an IP camera, etc.), an event (e.g., detected motion) at the user premises (e.g., user's driveway, backyard, etc.), and wherein the camera device (e.g., an IP camera, etc.) is configured to |

| | |
|---|---|
| via the camera device, an event at the user premises, and wherein the camera device is configured to communicate via at least one of a wide area network or a local area network,<br><br>**Col 47: lines 21-29**<br><br>*The gateway appliance supports an event builder process to further automate the home by enabling detection of an "event" that enables/disables the activity of a device. Example events may include, but are* | communicate via at least one of a wide area network (e.g., internet) or a local area network.<br><br>As shown below, the accused instrumentality allows users to add an IP camera, etc. using generic camera integration. The camera can be installed at a user's premises such as driveway, backyard, etc. It captures video through motion detection and continuous monitoring. Further, the accused instrumentality allows users to configure trigger settings such as recording rules including motion detection settings, alarm activation settings, etc. in the home assistant app. When a motion or presence is detected, the accused instrumentality sends real-time alerts to the user over the internet based on the configured trigger settings.<br><br>**Generic Camera**<br><br>The **Generic Camera** integration allows you to integrate any IP camera or other URL into Home Assistant. Templates can be used to generate the URLs on the fly.<br><br>Home Assistant will serve the images via its server, making it possible to view your IP cameras while outside of your network. The endpoint is `/api/camera_proxy/camera.[name]`.<br><br>https://www.home-assistant.io/integrations/generic/ |

| | |
|---|---|
| *not limited to: rain threshold exceeded, an alarm going off, or motion detected by the motion sensor. For example, a trigger maybe set to turn off the sprinkler system if a "rain level exceeded" event occurs. Another example is to record a video snapshot if a motion detector event is received.* | ## Configuration<br><br>To add the **Generic Camera** device to your Home Assistant instance, use this My button:<br><br><br><br>👆 **Manual configuration steps** ˄<br><br>If the above My button doesn't work, you can also perform the following steps manually:<br><br>• Browse to your Home Assistant instance.<br>• Go to 🎛 **Settings > Devices & services**.<br>• In the bottom right corner, select the **+ Add Integration** button.<br>• From the list, select **Generic Camera**.<br>• Follow the instructions on screen to complete the setup.<br><br>https://www.home-assistant.io/integrations/generic/ |

## The state of a camera

A camera can have the following states. Not all camera integrations support all states.

- **Streaming**: The camera transmits a live play-back of the video data it is recording.

- **Recording**: The camera is currently capturing video content.

- **Idle**: The camera is not currently capturing video content.

https://www.home-assistant.io/integrations/camera/

## Actions

Once loaded, the `camera` platform will expose actions that can be called to perform various actions.

Available actions: `enable_motion_detection`, `disable_motion_detection`, `play_stream`, `record`, `snapshot`, `turn_off` and `turn_on`.

https://www.home-assistant.io/integrations/camera/

For automation enthusiasts, we're continuing our work on our even more "human-friendly" triggers, which can be enabled via Home Assistant Labs, so you can build automations using easy-to-understand language instead of technical state changes, like initiating automations if a button is pressed or someone arrives home.

https://www.home-assistant.io/blog/2026/01/07/release-20261/#streamlined-mobile-navigation

As shown below, the accused instrumentality allows users to configure trigger settings such as recording rules including motion detection settings, notification events, etc.



https://www.youtube.com/watch?v=6jkzy2Cv9Pk



https://www.youtube.com/watch?v=6jkzy2Cv9Pk

https://www.youtube.com/watch?v=6jkzy2Cv9Pk



https://www.youtube.com/watch?v=SEAt7nzm8mM



https://www.youtube.com/watch?v=SEAt7nzm8mM



https://www.youtube.com/watch?v=SEAt7nzm8mM



https://www.youtube.com/watch?v=SEAt7nzm8mM

# Actionable Notifications

Actionable notifications are a unique type of notification as they allow the user to add buttons to the notification which can then send an event to Home Assistant once clicked. This event can then be used in an automation allowing you to perform a wide variety of actions. These notifications can be sent to either iOS or Android.

Some useful examples of actionable notifications:

- A notification is sent whenever motion is detected in your home while you're away or asleep. A "Sound Alarm" action button is displayed alongside the notification, that when tapped, will sound your burglar alarm.
- Someone rings your front doorbell. You receive a notification with a live camera stream of the visitor outside along with action buttons to lock or unlock your front door.

https://companion.home-assistant.io/docs/notifications/actionable-notifications/



https://companion.home-assistant.io/docs/notifications/actionable-notifications/

This blueprint will send a snapshot from a camera to your phone when motion is detected.



https://community.home-assistant.io/t/send-camera-snapshot-notification-on-motion/254565

Blueprint to use

Send a camera snapshot when motion is detected

This automation blueprint creates a camera snapshot if motion is detected and sends a notification to your phone with the picture.

| Motion sensor | Entity |
|---|---|
| The sensor wich triggers the snapshot creation | binary_sensor.movement_backyard |

| Camera | Entity |
|---|---|
| The camera which creates the snapshot | camera.demo_camera |

| Device to notify | Device |
|---|---|
| Device needs to run the official Home Assistant app to receive notifications | Redmi Note 4X |

| | |
|---|---|
| | https://community.home-assistant.io/t/send-camera-snapshot-notification-on-motion/254565 |
| enabling a user to<br><br>(1) control storage of at least a portion of data acquired by the camera device, | The accused instrumentality practices enabling a user to control storage (e.g., download recordings, etc.) of at least a portion of data (e.g., a video recording) acquired by the camera device (e.g., an IP camera, etc.).<br><br>As shown below, the accused instrumentality allows users to add an IP camera, etc. using generic camera integration. The camera can be installed at a user's premises such as driveway, backyard, etc. It captures video through motion detection and continuous monitoring. It allows a user to access video recordings through the home assistant app or web interface. Further, a user can download, etc. portions of the recorded video data.<br><br>**Generic Camera**<br><br>The **Generic Camera** integration allows you to integrate any IP camera or other URL into Home Assistant. Templates can be used to generate the URLs on the fly.<br><br>Home Assistant will serve the images via its server, making it possible to view your IP cameras while outside of your network. The endpoint is `/api/camera_proxy/camera.[name]`.<br><br>https://www.home-assistant.io/integrations/generic/ |

## Configuration

To add the **Generic Camera** device to your Home Assistant instance, use this My button:



👆 **Manual configuration steps** ⌃

If the above My button doesn't work, you can also perform the following steps manually:

- Browse to your Home Assistant instance.
- Go to 🎛 **Settings > Devices & services**.
- In the bottom right corner, select the **+ Add Integration** button.
- From the list, select **Generic Camera**.
- Follow the instructions on screen to complete the setup.

https://www.home-assistant.io/integrations/generic/



https://www.youtube.com/watch?v=SEAt7nzm8mM



https://www.youtube.com/watch?v=SEAt7nzm8mM



https://www.youtube.com/watch?v=SEAt7nzm8mM



[https://www.youtube.com/watch?v=SEAt7nzm8mM](https://www.youtube.com/watch?v=SEAt7nzm8mM)



https://www.youtube.com/watch?v=SEAt7nzm8mM



https://www.youtube.com/watch?v=sCnM1I3GiZQ

| | |
|---|---|
| | **Downloader**<br><br>The **Downloader** integration provides an action to download files. It will raise an error and not continue to set itself up when the download directory does not exist. The directory needs to be writable for the user who is running Home Assistant.<br><br>**Configuration**<br><br>To add the **Downloader** service to your Home Assistant instance, use this My button:<br><br>ADD INTEGRATION TO  MY<br><br>https://www.home-assistant.io/integrations/downloader/ |
| (2) selectively invite one or more individuals to access the stored at least the portion of camera captured | The accused instrumentality practices selectively inviting one or more individuals (e.g., family, friends, users, etc.) to access the stored at least the portion of camera captured information (e.g., video recordings captured using the IP camera) via the wide area network (e.g., internet).<br><br>As shown below, the accused instrumentality allows users to add an IP camera, etc. using generic camera integration.  The camera can be installed at a user's premises such as driveway, backyard, etc. It captures video through motion detection and continuous |

| | |
|---|---|
| information via the wide area network, and<br><br>Col 40: lines 53-59<br><br>*File sharing service of the present disclosure in an exemplary embodiment allows users to share files, for example, pictures, music, videos, documents, presentations, grocery list, bookmarks, etc., with friends and family members or other users. The files can be shared with user's "buddy list" or other contacts maintained at the* | monitoring. It allows users to invite family members, friends, etc. using the home assistant app to access the video recordings captured by the camera. The app provides invitation link that grants authorized access to the stored recordings over the internet. Further, the app allows the admin to assign selective access permissions that determine the level of access granted to each invited individual.<br><br><br><br>https://play.google.com/store/apps/details?id=io.homeassistant.companion.android |

| | |
|---|---|
| *gateway appliance at a premise such as the home.* |  **Home Assistant** <br> About this app <br><br> The Home Assistant Companion app allows you to access your Home Assistant instance on the go. Home Assistant is the smart home solution focused on privacy, choice, and sustainability. It runs locally in your home via a device like the Home Assistant Green or Raspberry Pi. <br><br> This app connects to all the most powerful features of Home Assistant, <br> - One app to control the whole home - Home Assistant is compatible with the biggest brands in the smart home, connecting to thousands of smart devices and services. <br> - Discover automatically and quickly configure new devices - such as Philips Hue, Google Cast, Sonos, IKEA Tradfri and Apple Homekit compatible devices. <br> - Automate everything - Make all the devices in your home work in harmony - have your lights dim when you start watching a movie, or turn off your heat when you're away from home. <br> - Keep your home's data in the home - use it privately to see past trends and averages. <br> https://play.google.com/store/apps/details?id=io.homeassistant.companion.android <br><br> **Adding a person to Home Assistant** <br><br> If you have administrator rights, you can add other persons to Home Assistant and create them a user account. Depending on the rights you give them, they can then use Home Assistant on their own devices, can have their own dashboards, and be used in automations. <br> https://www.home-assistant.io/integrations/person/ |

As shown below, the exemplary steps for inviting a user include, adding the user through the home assistant app to provide authorized access to family members, friends, etc.

1 Go to **Settings** > **People** and select **Add person**.

2 Enter their **Name**.

3 Add an image if you like.

4 Under **Allow login**, select if they should be able to log in.

   ○ If they cannot log in, they do not get a user account, and they cannot do much with Home Assistant.

https://www.home-assistant.io/integrations/person/



https://community.home-assistant.io/t/add-user-where/469962



https://community.home-assistant.io/t/add-user-where/469962



https://www.youtube.com/watch?v=mqzfwwSq_q4



https://community.home-assistant.io/t/wth-why-cant-we-assign-a-mobile-app-device-to-a-specific-user/805771/2

| | |
|---|---|
| (3) control secured access to the stored at least the portion of camera captured information by the invited one or more individuals that have been authenticated.<br><br>**Col 40: lines 53-59**<br><br>*File sharing service of the present disclosure in an exemplary embodiment allows users to share files, for example, pictures, music, videos, documents, presentations, grocery list, bookmarks, etc.,* | The accused instrumentality practices controlling secured access (e.g., authorized access) to the stored at least the portion of camera captured information (e.g., video recordings captured using the IP camera) by the invited one or more individuals that have been authenticated (e.g., authorized family, friends, users, etc.).<br><br>As shown below, the accused instrumentality allows users to add an IP camera, etc. using generic camera integration.  The camera can be installed at a user's premises such as driveway, backyard, etc. It captures video through motion detection and continuous monitoring. It allows users to invite family members, friends, etc. using the home assistant app to access the video recordings captured by the camera. The app provides invitation link that grants authorized access to the stored recordings over the internet. Further, the app allows the admin to assign selective access permissions that determine the level of access granted to each invited individual.<br><br><br><br>https://play.google.com/store/apps/details?id=io.homeassistant.companion.android |

| | |
|---|---|
| *with friends and family members or other users. The files can be shared with user's "buddy list" or other contacts maintained at the gateway appliance at a premise such as the home.* |  **Home Assistant** <br><br>About this app<br><br>The Home Assistant Companion app allows you to access your Home Assistant instance on the go. Home Assistant is the smart home solution focused on privacy, choice, and sustainability. It runs locally in your home via a device like the Home Assistant Green or Raspberry Pi.<br><br>This app connects to all the most powerful features of Home Assistant,<br>- One app to control the whole home - Home Assistant is compatible with the biggest brands in the smart home, connecting to thousands of smart devices and services.<br>- Discover automatically and quickly configure new devices - such as Philips Hue, Google Cast, Sonos, IKEA Tradfri and Apple Homekit compatible devices.<br>- Automate everything - Make all the devices in your home work in harmony - have your lights dim when you start watching a movie, or turn off your heat when you're away from home.<br>- Keep your home's data in the home - use it privately to see past trends and averages.<br><br>https://play.google.com/store/apps/details?id=io.homeassistant.companion.android<br><br>**Adding a person to Home Assistant**<br><br>If you have administrator rights, you can add other persons to Home Assistant and create them a user account. Depending on the rights you give them, they can then use Home Assistant on their own devices, can have their own dashboards, and be used in automations.<br><br>https://www.home-assistant.io/integrations/person/ |

As shown below, the exemplary steps for inviting a user include, adding the user through the home assistant app to provide authorized access to family members, friends, etc.

1. Go to **Settings > People** and select **Add person.**

2. Enter their **Name.**

3. Add an image if you like.

4. Under **Allow login**, select if they should be able to log in.

   - If they cannot log in, they do not get a user account, and they cannot do much with Home Assistant.

https://www.home-assistant.io/integrations/person/

control secured access to the stored at least the portion of camera captured information

- Define if they should have **Local access only**.
  - If this is enabled, they won't have access to Home Assistant when they are outside your network, for example from their phone.
- Define if they should have **Administrator** rights.
- Select **Create**.

https://community.home-assistant.io/t/wth-why-cant-we-assign-a-mobile-app-device-to-a-specific-user/805771/2

As shown below, the home assistant app provides authorized access of portion of camera captured information such as recordings, playback, etc. to family, friends, guest, etc.



https://community.home-assistant.io/t/wth-why-cant-we-assign-a-mobile-app-device-to-a-specific-user/805771/2